IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE BRICKLAYERS OF WESTERN PENNSYLVANIA COMBINED FUNDS, INC. | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 13-1658 |
| v. | ) ) | Judge Cathy Bissoon |
| JUSTIN TRESCO, d/b/a J.T. CONSTRUCTION, | ) ) ) | |
| Defendant, | ) ) | |
| v. | ) ) | |
| GALWAY BAY CORP., | ) ) | |
| Garnishee. | ) | |

## **ORDER**

Plaintiff's Motion for Entry of Default Judgment against Garnishee Galway Bay Corp. (**Doc. 36**) is **GRANTED**. Judgment is entered in favor of the Plaintiff and against the Garnishee, Galway Bay Corp., in an unliquidated amount.

Pursuant to Federal Rule of Civil Procedure 69(a)(1),[1] and Pennsylvania Rule of Civil Procedure 3146(a)(1), the Court will assess the amount of the Judgment at a hearing on **June 18, 2015, at 10:00 a.m.** in Courtroom 6B, Sixth Floor, U.S. Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219. Plaintiff shall provide any notice required under Pa. R. Civ. P. 3146(a)(2).

---

[1] *See* Mackey v. Lanier Collection Agency & Serv., Inc., 486 U.S. 825, 834 (1988) (consistent with Federal Rule 69(a), "state-law methods for collecting money judgments" apply in ERISA cases).

IT IS SO ORDERED

May 29, 2015                                     s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via ECF email notification):

All counsel of record